No. 421. El Pueblo *v.* Lastra.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en marzo 28, 1912. Confirmada la sentencia apelada. Abogado del ape-

lante: *Sr. Manuel A. Martínez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*